IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALANA REYNOLDS, An Individual,       ) | Case No.  8:11cv170 |
| )                                     | |
| Plaintiff,       ) | |
| )                                     | |
| vs.       ) | |
| )                                     | **ORDER** |
| SILVERBROOK, LLC, a Delaware       ) | |
| Limited Liability Company,       ) | |
| )                                     | |
| Defendant.       ) | |

Upon notice of settlement through mediation given to the magistrate judge by Ryan Dougherty and Liana Steele, counsel for the parties,

**IT IS ORDERED:**

1. On or before **April 2, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 2nd day of February 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge