IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ALANA REYNOLDS, an individual;** | **CASE NO. 8:11CV170** |
| Plaintiff, | |
| vs. | **ORDER AND FINAL JUDGMENT** |
| **SILVERBROOK, LLC, a Delaware limited liability company;** | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with prejudice (Filing No. 17). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with prejudice (Filing No. 17) is approved;

2. The Plaintiff's Complaint and all causes of action stated therein are dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 19th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge